1
2
3
4

UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6
7

8    MOSES REFUGIO MANCILLA,                    1:13 -cv-01724-BAM (HC)

9                         Petitioner,

10          v.                                   ORDER DENYING MOTION FOR
                                                 APPOINTMENT OF COUNSEL
11   MARTIN BINDER,
                                                 (Document #5)
12                        Respondent.

13
14
15

16          Petitioner has requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v.

18   Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir.

19   1984).  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any

20   stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing

21   Section 2254 Cases.  In the present case, the Court does not find that the interests of justice

22   require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY

23   ORDERED that Petitioner's request for appointment of counsel is DENIED.

24          .

25

26

27   IT IS SO ORDERED.

28       Dated:   __November 6, 2013__          ___/s/ Barbara A. McAuliffe___

1

1       UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28